# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNECIA ROBINSON, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA BOARD OF ELECTIONS,<br><br>    *Defendant*. | No. 20-cv-1364 (DLF) |

## ORDER

For the reasons stated on the record during the May 28, 2020 telephonic hearing, the plaintiffs' Motion for a Temporary Restraining Order, Dkt. 15, is **DENIED**. Accordingly, the parties shall file a joint status report on or before June 2, 2020, proposing a schedule for any further proceedings.

_____
DABNEY L. FRIEDRICH
United States District Judge

May 28, 2020