## BEFORE THE US DISTRICT
## COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNECIA ROBINSON, et al.<br><br>　　　Plaintiffs,<br>v.<br>BOARD OF ELECTIONS<br><br>　　　Defendants. | Civil No.: 1:20 – CV - 01364<br><br>Next Hearing Date: n/a |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

　　The respectfully parties file this joint motion to dismiss with prejudice. Each party is responsible for its attorneys' fees.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/Aristotle Theresa, Esq
　　　　　　　　　　　　　　　　　　　　Aristotle Theresa (DC Bar No. 1014041)
　　　　　　　　　　　　　　　　　　　　STOOP LAW
　　　　　　　　　　　　　　　　　　　　1604 V St SE
　　　　　　　	　　　　　　　　　　　　Washington DC, 20020
　　　　　　　　　　　　　　　　　　　　(202) 651-1148
　　　　　　　　　　　　　　　　　　　　actheresa@stooplaw.com

## **Certificate of Service**

      I, Aristotle Theresa, hereby certify a true and correct copy of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE, was electronically served via ECF to the following parties, this, the 30th day of June 2020.

Rudy Mcgann
Senior Counsel BoE

Terri Stroud
General Counsel BoE


<u>s/Aristotle Charles Theresa, Esq</u>
Aristotle Charles Theresa
Stoop Law
DC Bar : 1014041
1604 V St SE
Washington DC, 20020
*Counsel for Carnecia Robinson and Florence Barber and others similarly situated*